**JON M. SANDS**
Federal Public Defender
**ERIC D. MARSTELLER**
Assistant Federal Public Defender
State Bar No. 015898
407 W. Congress, Suite 501
Tucson, Arizona 85701-1355
Telephone: (520) 879-7500
FAX: (520) 879-7601
Email:eric_marsteller@fd.org

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Joseph Anthony Norris,<br><br>Defendant. | CR11-342-TUC-CKJ<br><br>**Motion for Appointment of Counsel, pursuant to General Order 16-21, for the purpose of seeking a Sentence Reduction Under 18 U.S.C. § 3582(c)(2) and USSC Amendment 782,** |

Pursuant to General Order 16-21, the Federal Public Defender has reviewed this case for potential eligibility for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) based on Amendments 782 and 788 to the U.S. Sentencing Guidelines. In light of a conflict of interest, and under the authority of paragraph 4 of General Order 16-21, the Federal Public Defender respectfully requests the Court appoint CJA panelist Elias Damianakos to assist the defendant with a request for the Amendment 782 sentence reduction. Mr. Lacsama has agreed to accept appointment if the Court should so order. A copy of a model appointment order is being submitted along with this request.

Respectfully submitted this 5th day of June, 2017.

JON M. SANDS
Federal Public Defender

  *s/Eric D. Marsteller*
ERIC D. MARSTELLER
Assistant Federal Public Defender

**CERTIFICATE OF SERVICE**

*I certify that on June 5, 2017, I caused the foregoing document to be filed with the Clerk of Court for the United States District Court for the District of Arizona using the CM/ECF system. I further certify that all case participants are registered CM/ECF users and that service will be accomplished by the CM/ECF system.*

                                  *s/Eric D. Marsteller*
                                  ERIC D. MARSTELLER
                                  Assistant Federal Public Defender