**United States District Court**
District of Arizona
**Probation Office**

# MEMORANDUM

**Date:**  June 15, 2017

**To:**  The Honorable Cindy K. Jorgenson
U.S. District Judge

**From:**  Eric G. Nuñez
U.S. Probation Officer

**Re:**  Norris, Joseph Anthony Sr.
Docket No.:  4:11-cr-00342-CKJ-1
Motion to Reduce Sentence

The above-named defendant filed a motion to reduce sentence pursuant to 18 U.S.C. § 3582(c) and USSG §1B1.10 in response to Amendment 782 to the 2014 Sentencing Guidelines which modified the Drug Quantity Table and reduced the base offense level for many drug offenses. After reviewing the motion and sentencing records, it appears the defendant is eligible for a reduction in the term of imprisonment under the amendment as the applicable total offense level would be two levels lower using the new guidelines. An Addendum to the Presentence Report detailing the applicable sentencing options under the guidelines currently in effect will be prepared.

Submitted by:

_____        June 15, 2017
Eric G. Nuñez                                  Date
U.S. Probation Officer
Office:  520-205-4608
Cell:  520-429-5060

Reviewed by:

_____        June 15, 2017
Tracae Eidson                                Date
Supervisory U.S. Probation Officer
Office:  520-205-4420
Cellular: 520-631-6994