*(Not for Public Disclosure)*

DEFENDANT: Joseph Anthony Norris, Sr.,

CASE NUMBER: CR 11-00342-001-TUC-CKJ(JR)

DISTRICT: Arizona

## I. COURT DETERMINATION OF GUIDELINE RANGE
   *(Prior to Any Departures)*

Previous Total Offense Level:   23
Amended Total Offense Level:   21

Criminal History Category:   IV
Criminal History Category:   IV

Previous Guideline Range:   70 to 87 months
Amended Guideline Range:   57 to 71 months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

## III.   ADDITIONAL COMMENTS

Order Date:   Dated this 3rd day of November 2017.

_____
Cindy K. Jorgenson
United States District Judge